# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEREMY EVAN SIGAL,
                   Appellant,

vs.

THE STATE OF NEVADA,
                   Respondent.

No. 71699

FILED

DEC 1 2 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Appellant has moved to voluntarily dismiss this appeal. Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Pickering

_____, J.
Stiglich

cc:   Hon. Eric Johnson, District Judge
      Jeremy Evan Sigal
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-38315